# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT ANDERSON | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 3:21-cv-00017-JJV |
| | * | |
| KILOLO KIJAKAZI, | * | |
| Acting Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 21st day of April 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE